UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                Case No. 21-30105
                                 Originating No. 3:19-cr-187

**MARLA M. WILLIAMS,**

    Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MARLA M. WILLIAMS,** to answer to charges pending in another federal district, and states:

1. On **March 4, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on a Superseding Indictment. Defendant is charged in that district with violation 21 U.S.C. §§846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C)— Conspiracy to Distribute and Possess with Intent to Distribute 400 grams or more of a mixture containing Fentanyl, one kilogram or more of a mixture containing heroin, and a quantity of a mixture containing acetyl Fentanyl.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


s/Andrew Yahkind
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
ayahkind@usa.doj.gov
(313) 226-9565

Dated: March 4, 2021